# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton   [X] East St. Louis         [ ] Contested   [X] Uncontested

### MINUTES OF DISPOSITION

USA v. SAUL RUELAS-VALDOVINOS                Criminal No. 11-CR-30046-002-MJR

                                             Judge: MICHAEL J. REAGAN

Defense Counsel: Frank J. Himel

                                             Date: June 29, 2012

Government Counsel: Randy G. Massey

Reporter: Barb Kniepmann         Deputy: Debbie DeRousse         Time: 01:00 PM - 05:30 PM

Interpreter : Fernando Torres - sworn

[X] COURT ORDERS PRE-SENTENCE REPORT TO BE SEALED WITH COUNSEL HAVING ACCESS TO SAME IN THE EVENT OF APPEAL. RECOMMENDATION TO BE PLACED UNDER SEPARATE SEAL AND COUNSEL WILL NOT HAVE ACCESS TO SAME.

COURT'S RULINGS ON OBJECTIONS TO PRE-SENTENCE REPORT: see addendum

**TOTAL AMOUNT OF** Cocaine **CONSTITUTING DEFENDANT'S RELEVANT CONDUCT IS 50-150 kilograms**

**OFFENSE LEVEL**: 38                **CRIMINAL HISTORY CATEGORY**: I

**SENTENCE RANGE**: 235 to 293 months        **FINE RANGE:** $25,000 to $10,000,000

        [X] COURT ACCEPTS PLEA AGREEMENT     [ ] COURT REJECTS PLEA AGREEMENT

DEFENSE WITNESSES:

GOVERNMENT WITNESSES: Luis Hernandez-Barahono (01:15- 01:30 PM)  Florentino Cruz-Amado (01:50 - 02:00 PM), Derek Parker 02:25 - 03:45 PM), Ivan Vazquez-Gonzalez (04:00 - 04:15 PM)

[X] UPWARD DEPARTURE BY THE COURT
DEPARTURE REASON: Multiple credible threats of violence

OFFENSE LEVEL:                       CRIMINAL HISTORY CATEGORY:

        [ ] CUSTODY OF ATTORNEY GENERAL      [X] CUSTODY OF BUREAU OF PRISONS

**SENTENCE**: 327 months.  This sentence is an upward departure.

X   UPON RELEASE FROM IMPRISONMENT, DEFENDANT ON SUPERVISED RELEASE  5  YEARS.

[X] ALL COUNTS TO RUN CONCURRENT WITH EACH OTHER

**Conditions of Supervision/Probation:**

- [X] Within 72 hours of release from BOP, defendant to report to Probation in District released.
- [X] Defendant shall not commit any further crimes.
- [X] Defendant shall not possess firearm or other destructive device.
- [X] Defendant shall not illegally possess any controlled substances.
- [X] Defendant to participate in substance abuse program approved by Probation.

    Other:

- [X] Defendant fined a total of $ 1,250.00   on  Count(s) _2_ ; for a TOTAL FINE of $ 1250.00.
- [X] Interest Waived        [ ] Interest Imposed
- [ ] Fine to be paid from prison earnings, or while defendant is on supervised release.
- [X] Special Assessment of $100.00  on Counts  2    and  for a Total of  $ 100.00   due immediately.
- [ ] Restitution is ordered in the amount of  to be paid to:
- [X] Court finds defendant's financial condition is such that he is unable to:

    [ ] pay restitution,  [ ] pay a fine,  [X] pay costs of incarceration or supervision, and they are WAIVED

- [X] Defendant advised of right to appeal.
- [ ] Recommendation

BOND:   [ ] REVOKED  [X] REMANDED  [ ] CONTINUED and  Defendant to voluntarily surrender as notified  by  United States Marshal to designated institution;   or  [ ]   surrender to United States Marshal on

[ ] Counts(s) _____ dismissed on Motion of Government.

[X] Order of forfeiture entered.  Order granting Doc. #879 Motion for Judicial Order of Removal.

[X] Government offers Exhibits #1-13 (transcripts) , admitted for the limited purpose of this hearing All exhibits withdrawn.